IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV336

| | | |
|---|---|---|
| TIMOTHY KIRK FOXX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| THE TOWN OF FLETCHER, a | ) | |
| municipality organized under the | ) | |
| laws of North Carolina, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on an objection and motion to quash subpoena, filed by Ronald L. Moore, District Attorney for North Carolina's 28th Prosecutorial District. **Objection and Motion to Quash, filed August 29, 2008.**

District Attorney Moore's objection and motion pertain to a subpoena issued by counsel for Plaintiff Timothy Kirk Foxx. **Exhibit A, *attached to* Objection and Motion to Quash, *supra*.** The subpoena was signed on August 18, 2008, and requests the identical documents as those requested in a similar subpoena to the District Attorney the Court ordered quashed in

December 2007.  *See* **Objection and Motion to Quash, filed December 4, 2007; Order, filed December 28, 2007 (granting motion to quash).** Because Plaintiff has failed to respond to the motion to quash, the Court fails to discern why Plaintiff's counsel blatantly ignored the Court's first order and reissued the subpoena for the same documents previously denied.  Such action borders on sanctionable conduct.

For the reasons set forth in the December 2007 Order and in the instant motion to quash,

**IT IS, THEREFORE, ORDERED** that District Attorney Moore's motion to quash the subpoena served upon the "Buncombe County District Attorney's Office" is hereby **GRANTED**, and the subpoena issued August 18, 2008, is hereby **QUASHED.**

Signed: September 17, 2008

Lacy H. Thornburg
United States District Judge