IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV336

| | |
|---|---|
| TIMOTHY KIRK FOXX, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>THE TOWN OF FLETCHER, a )<br>municipality organized under the )<br>laws of North Carolina, *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's motion for reconsideration of an Order granting the motion filed by Ronald L. Moore, District Attorney for North Carolina's 28th Prosecutorial District, to quash a subpoena served by Plaintiff on August 19, 2008. **See Order, filed September 17, 2008; Objection and Motion to Quash, filed August 29, 2008, at 1.**

In addition to the motion to reconsider, the Plaintiff filed an untimely response to the motion to quash on September 17, 2008. **See LCvR 7.1(3(E) (providing that "[r]esponses to motions, if any, shall be filed**

**within fourteen (14) days of the date on which the motion is served, as evidenced by the certificate of service attached to said motion.").** Plaintiff concedes the response is untimely yet offers no just excuse for the delay. **Plaintiff's Response,** *supra*, **at 3**. In the Order, the Court incorporated the reasons set forth previously in quashing the subpoena issued in December 2007, and Plaintiff advances no legal argument addressing these reasons in his untimely response. Therefore, the Court finds no grounds on which to reconsider the Order filed September 17, 2008, and Plaintiff's motion is denied.

Plaintiff has also filed a supplemental motion for an extension of time to respond to the Defendants' motion for summary judgment. Having previously extended the Plaintiff's response deadline to September 24, 2008, this supplemental motion is now moot. ***See* Order filed September 17, 2008.**

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for reconsideration is **DENIED.**

**IT IS FURTHER ORDERED** that the Plaintiff's supplemental motion for an extension of time is **DENIED** as moot.

3

Signed: September 22, 2008

Lacy H. Thornburg
United States District Judge