IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07-CV-00336

TIMOTHY KIRK FOXX,                        )
                                          )
        Plaintiff,                        )
                                          )
    vs.                                   )     **O R D E R**
                                          )
THE TOWN OF FLETCHER, a Municipality      )
organized under the laws of North Carolina, )
*et al.*,                                 )
                                          )
        Defendants.                       )
                                          )

**THIS MATTER** is before the Court on Plaintiff's motion to seal deposition transcript excerpts and exhibits referenced in Plaintiff's response in opposition to Defendants' motion for summary judgment that are to be provided to the Court.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Seal is **ALLOWED**, and the deposition transcript excerpts and exhibits referenced in Plaintiff's response in opposition to Defendants' motion for summary judgment that are to be provided to the Court may be filed under seal.

Signed: September 30, 2008

Lacy H. Thornburg
United States District Judge