IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV336

| | |
|---|---|
| TIMOTHY KIRK FOXX,              )<br>                                                  )<br>           Plaintiff,                    )<br>                                                  )<br>Vs.                                          )<br>                                                  )<br>THE TOWN OF FLETCHER, a     )<br>municipality organized under the )<br>laws of North Carolina; MARK    )<br>BIBERDORF, in his individual and )<br>official capacities; LANGDON B.  )<br>RAYMOND, in his individual and  )<br>official capacities; MICHAEL STEVE )<br>MORGAN, in his individual and   )<br>official capacities; WILLIAM B.    )<br>MOORE, in his official capacity;  )<br>JIM CLAYTON, in his official       )<br>capacity; HUGH CLARK, in his    )<br>official capacity; BOB DAVY, in his )<br>official capacity; and EDDIE       )<br>HENDERSON, in his official capacity, )<br>                                                  )<br>           Defendants.                )<br>                                                  ) | **J U D G M E N T** |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Defendants' motion for summary judgment is **ALLOWED** in part, the

Plaintiff's claims under Title VII are **DISMISSED WITH PREJUDICE**; and Defendants' motion for summary judgment is **DENIED** as to Plaintiff's remaining state law claims.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, the Court having declined to exercise supplemental jurisdiction over the parties' respective state law claims, Plaintiff's remaining state law claims and Defendant Langdon Raymond's state law counterclaims are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion to dismiss and/or for summary judgment is **DENIED.**

Signed: December 3, 2008

Lacy H. Thornburg
United States District Judge